*IN THE UNITED STATES DISTRICT COURT*
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AUDREY BURNETT

vs.                                                   NO. 4:09CV00282   SWW

PULASKI COUNTY QUORUM COURT, ET AL

### ORDER OF DISMISSAL

The Court has been advised by counsel that this matter has been settled and that all issues in this lawsuit have been resolved.

IT IS THEREFORE ORDERED that all claims in this action hereby are dismissed with prejudice.

DATED this 25th day of July 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE